# Cause No. 13-12-00417-CR
Cause No. B-12-2017-0-CR-B

State of Texas

vs.

Orlando Campos

In The 156th District

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 04 2015

Abel Acosta, Clerk

Court In Bee
County Texas

## Writ of A Habeas Corpus

Now Comes Orlando Campos in the above styled numbered cause and respectfully moves The 156th District Clerk to provide in the prescribed form, an application for post conviction writ of a habeas Corpus to challenge the conviction of Evading Arrest with A vehicle and Possession of A controlled substance under 1 gram PG1, seeking relief from a final judgement in cause number B-12-2017-0-CR-B Defendant is indigent and unable to afford representation or to pay for a copy of the Court Reporters transcript or case file. ~~Defendant~~. Defendant request that the 156th District Clerk Order A Copy of these documents be copied and sent to Orlando Campos. Defendant recieved this application once before while in T.D.C, but it was lost by staff during transport. Defendant is restrained in his liberty and in constructive custody of The State of Texas and being held illegally since December 19th 2014. Defendant's plea was no contest and recieved 4yrs T.D.C beginning Sept. 28, 2011. Defendant has been incarcerated at the Bee County Jail Since December 15th 2014 on 4 new Felony charges and has been granted 4 P.R. Bonds.

Defendant's Constitutional Rights have been violated and Continue to Deprive the Defendant from making Bond. Defendant is innocent of all allegations and has been exonerated of all pending charges. See Co-defendant's Affadavit relating to cause no. B-15-2049-0-CR-B and B-15-2048-0-CR-B. Defendant has no technical violations on parole, and is being held in un safe jail conditions and poor medical issues exist. Defendant is diagnosed with Renal Failure, Highblood Pressure, and is a MHMR patient diagnosed with several mental disabilities. Bee County Jail is not medically equipped or staffed to house mental patients. Defendant request that the 156th District Court Set A Court Hearing with 10 days, so that Defendant may challenge the legality of Arrest Warrant and Probable Cause of his illegal confinement. Defendant must perfect A writ of A Habeas Corpus, To properly fill out A second writ of A Habeas Corpus, The Defendant request all Case Files in relation to his unconstitutional confinement. Sgt. John Berry of The Beeville Police Department Tampered with A witness Samantha Gomez on June 16th 2015 before open court in The 156th Judicial District Court. Witnesses Include Investigator Rahiel Alemu and Linda Olivo as well as all 156th District Court Participants on June 16th,

2015 and June 30th, 2015. Sgt. John Berry also ~~inject~~ initiated the illegal traffic stop that led to the confinement of Orlando Campos on 12/15/2014 at 11:23 am. Sgt. John Berry has acted with prejudice and bias and the Court Reporter's transcript will clearly prove in cause no. B-15-2048-0-CR-B

The Fourteenth Amendment states that, "Nor shall any State deprive any person of Life, Liberty or property without Due Process of Law." Defendant request a bond to prevent any further in-Justice.

Wherefore Premises Considered, Movant "Pro Se" request this Court grant this motion without a hearing and to have the Court's Administrator notify the State's Attorney, Orlando Campos and Attorney Robert Flynn of the Court's Oder. Alternatively, Movant requests the Court Schedule a hearing on this ~~matter~~ motion and instruct the Sheriff of Bee County to deliver Orlando Campos to such hearing.

Respectfully,
Orlando Campos
1511 E. Toledo
Beeville TX. 78102
361-362-3223

## Certificate of Service

This is to certify that on July 28th, 2015 a true and correct copy of the above and foregoing document was mailed to The District Clerk's office, by U.S Postal Mail.

— O.C      Orlando Campos

## ORDER

On _____ 2015 came to be considered Orlando Campos Motion / Application for Writ of Habeas Corpus, and said Motion is hereby

(Granted)  (Denied)

_____

" District _____ Presiding

NO. B-15-1149-CV-A

| | |
|---|---|
| IN THE STATE OF TEXAS | IN THE DISTRICT COURT OF |
| VS | BEE COUNTY |
| ORLANDO CAMPOS | 156TH JUDICIAL DISTRICT |

## CONDITIONS OF BOND SUPERVISION

ON THIS 14TH day of APRIL, 2015, the Court considered the release from custody of the above named defendant. The defendant has a pending *Possess of Firearm by felon/ 2 charges Tamper w/ phy Evidence* After considering this matter the Court ORDERS the defendant admitted to bail in a reasonable amount of, *Man/ Del C.S.* $50.00 *Each cor.* Personal Recognizance bond conditioned that Defendant makes himself available from day to day as directed by the 36th, 156th, and 343rd Judicial Districts Community Supervision and Corrections Department, pursuant to the bond admitted, and with the following additional conditions:

1. Neither commit nor be convicted of any offense against the Laws of the State of Texas, any other State or of the United States of America;

2. Avoid injurious or vicious habits and abstain from the use of controlled substances or dangerous drugs in any form that are not prescribed by a licensed physician;

3. Avoid places and persons of harmful or disreputable character, including places where controlled substances or dangerous drugs are illegally possessed, sold, or used and not associate with persons with felony criminal records;

4. Obtain and keep gainful employment in a lawful occupation;

5. Pay to the Supervision Officer of Bee County, Texas, a Statutory Supervisory Fee of $60.00 per month, payment being made with report, which is due within the first ten days of each month, beginning May 1, 2015;

6. Report in person, during the time while released on bond, to the Supervision Officer of Bee County, Texas, or the Supervision Officer of the Court approved county of residence, *One Time Monthly* once each week, as directed by the Supervision Officer of Bee County, Texas, or the Supervision Officer of the Court approved county of residence, beginning April 14, 2015;

7. Submit to random urinalysis ___/___ time per *Month* at the office of the Supervision Officer of Bee County, Texas, or the Supervision Officer of the Court approved county of residence, beginning April 14, 2015, and further pay $8.50 per urinalysis to the 36th, 156th, and 343rd Judicial Districts Community Supervision and Corrections Department for each urinalysis ordered herein prior to submitting to said urinalysis;

Form.164D
05/08

I acknowledge receipt of a copy of the Conditions of Bond Supervision and fully understand the same.

_____      _____
Defendant                                     Judge Presiding

Address: 1404 W. Bowie
Beeville TX. 78102

A copy furnished to the above named defendant
and noted on the docket,

this 14th day of April, A.D. 2015.

_Zenaida Silva_             _Bill Wilson_
ZENAIDA SILVA, District Clerk       Supervision Officer
156TH Judicial District Court
BEE County, Texas

By: _Annie Martinez_
                    Deputy

FILED FOR RECORD
2015 APR 14, AM 9:35

**RIGHT THUMBPRINT**



Form.164D
05/08

# WARNING BY MAGISTRATE

STATE OF TEXAS

JP WARNING #:_____

COUNTY OF BEE

THIS IS TO CERTIFY THAT I, _Joe Salinas_____, JUSTICE OF PEACE PRECINCT NO.____ BEE COUNTY, TEXAS, ACTING AS AND IN THE CAPACITY OF MAGISTRATE DID, ON THE **16TH** DAY OF **DECEMBER**_____, 201**4** AT _____ O'CLOCK AM / PM ADMINISTER THE WARNINGS REQUIRED BY ARTICLE 15.17 OF THE TEXAS CODE OF CRIMINAL PROCEDURE TO:

NAME: **CAMPOS, ORLANDO LUIS**_____

PID NO.:_____ S.S:**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**

ADDRESS: **1404 W BOWIE**_____

D.O.B (AGE): **10/21/1979 (35)**

PHONE: **361-343-1523**_____

D.L.: **11858987**_____

WHO APPEARED BEFORE ME IN BEE COUNTY, TEXAS  SPECIFICALLY, I INFORMED THIS PERSON AS FOLLOWS:

1.  THE ACCUSATION AND ANY AFFIDAVIT CHARGES YOU WITH THE OFFENSE(S) OF:

| Offense Level A B C | FELONY 1 2 3 SJ | WARRANT NUMBER | CHARGE | BOND AMOUNT | BOND TYPE | ISSUED BY |
|---|---|---|---|---|---|---|
| | F 1 | | MAN/DEL CS PG 1 LESS THEN 4G < 200G | $10,000°° | SURETY | SALINAS |
| | F 3 | | UNL POSS FIREARM BY FELON | 12/18/14 $10,000°° | SURETY | SALINAS |
| | F 3 | | TAMPER/FABRICATE PHYS EVID | 10:57 AM $10,000°° | SURETY | SALINAS |
| | F 3 | | TAMPER/FABRICATE PHYS EVID | $10,000°° | SURETY | SALINAS |

2.  IF YOU ARE CHARGED WITH ANY FELONY OFFENSE, YOU HAVE THE RIGHT TO AN EXAMINING TRIAL.
3.  YOU HAVE THE RIGHT TO REMAIN SILENT AND MAKE NO STATEMENT AT ALL.  IF YOU DO MAKE A STATEMENT SUCH STATEMENT MAY BE USED AGAINST YOU AS EVIDENCE AT YOUR TRIAL.
4.  IF YOU CHOOSE TO MAKE A STATEMENT, YOU MAY TERMINATE THE INTERVIEW AT ANY TIME.
5.  YOU HAVE THE RIGHT TO HAVE AN ATTORNEY PRESENT TO ADVISE YOU PRIOR TO AND DURING ANY QUESTIONING OR INTERVIEW WITH PEACE OFFICERS OR ANY ATTORNEYS REPRESENTING THE STATE.
6.  IF YOU ARE UNABLE TO EMPLOY AN ATTORNEY, YOU HAVE THE RIGHT TO HAVE AN ATTORNEY APPOINTED TO COUNSEL WITH YOU PRIOR TO AND DURING ANY SUCH QUESTIONING OR INTERVIEW.
7.  IF YOU WISH TO REQUEST A COURT APPOINTED ATTORNEY:
    a.  YOU MUST COMPLETE A WRITTEN APPLICATION UNDER OATH FOR A COURT-APPOINTED ATTORNEY.
    b.  THE APPLICATION MUST CONTAIN SUFFICIENT FINANCIAL INFORMATION TO ENABLE THE JUDGE TO DETERMINE IF YOU ARE INDIGENT.
    c.  THE APPLICATION MUST BE MADE UNDER OATH AND YOU MUST PROVIDE PROOF OF INCOME/GOVERNMENT BENEFITS.
    d.  REASONABLE ASSISTANCE WILL BE PROVIDED TO HELP YOU COMPLETE THE APPLICATION, IF NEEDED.
8.  ANY REQUEST FOR A COURT APPOINTED ATTORNEY WILL BE DETERMINED WITHIN THREE (3) WORKING DAYS AFTER THE REQUEST IS RECEIVED BY ASSOCIATE JUDGE _____, BEE COUNTY, TEXAS.
9.  IF YOU BOND OUT OF JAIL WITHIN THREE (3) WORKING DAYS, YOU MUST COMPLETE A NEW APPLICATION WITH THE ASSOCIATE JUDGE DURING NORMAL BUSINESS HOURS.
10. IF YOU ARE FOUND TO BE INDIGENT AND AN ATTORNEY IS APPOINTED, THE ATTORNEY WILL ATTEMPT TO CONTACT YOU BY THE END OF THE NEXT WORKING DAY AFTER BEING APPOINTED AND WILL INTERVIEW YOU AS SOON AS PRACTICABLE.

THE ACCUSED ☒ DOES / ☐ DOES NOT WANT TO REQUEST A COURT APPOINTED ATTORNEY.  (CHECK ONE)

THE ACCUSED ☐ HAS / ☒ HAS NOT COMPLETED AN AFFIDAVIT IN SUPPORT OF COURT APPOINTED ATTORNEY.  (CHECK ONE)

11. UNITED STATES CITIZEN ☒ YES ☐ NO    COUNTRY WHERE YOU ARE A CITIZEN:_____
12. IF YOU ARE NOT A UNITED STATES CITIZEN, ARE YOU REQUESTING THE CONSULATE OF YOUR COUNTRY BE NOTIFIED? ☐ YES ☐ NO

13. AS A CONDITION OF RELEASE, DEFENDANT IS TO COMPLY WITH THE FOLLOWING:
    a.  ☐ CONDITIONS OF BOND  (CONDITIONS ATTACHED)
    b.  ☐ INTERLOCK TO BE INSTALLED WITHIN 30 DAYS   (MANDATORY FOR ALL FELONY AND DWI-2ND OFFENSES)
        ☐ Smart Start In-Home ☐ SCRAM ☐ Sober link ☐ GPS ☐ Other_____

14. THE COURT FINDS THAT PROBABLE CAUSE ☒ DOES / ☐ DOES NOT EXIST IN THIS MATTER.

SIGNED ON THE **16 TH** DAY OF **DECEMBER**_____, 201**4**.

WITNESSES:_____

DEFENDANT X_____

Distribution: ___Court ___Defendant ___Magistrate ___Jail

JUSTICE OF THE PEACE, PRECINCT _____ BEE COUNTY, TX

_MUNICIPAL JUDGE_

NL

_REFUSED TO SIGN WARNINGS_
_GIVEN 8AM 12/16/14_

# WARNING BY MAGISTRATE

STATE OF TEXAS          COUNTY OF BEE

JP WARNING #:_____

THIS IS TO CERTIFY THAT I, _Joe Salian_ _Municipal Judge_ JUSTICE OF PEACE PRECINCT NO.___ BEE COUNTY, TEXAS, ACTING AS AND IN THE CAPACITY OF MAGISTRATE DID, ON THE **16** DAY OF **DECEMBER**, 201**4** AT _____ O'CLOCK AM / PM ADMINISTER THE WARNINGS REQUIRED BY ARTICLE 15.17 OF THE TEXAS CODE OF CRIMINAL PROCEDURE TO:

NAME: **ORLANDO CAMPOS**     PID NO.:_____    S.S: **456.59 8174**

ADDRESS: **1401 W BOWIE BEEVILLE,TX 78102**    D.O.B (AGE): **10/21/1979(35)**

PHONE: **361-343-1523**    D.L.: **11858987**

WHO APPEARED BEFORE ME IN BEE COUNTY, TEXAS  SPECIFICALLY, I INFORMED THIS PERSON AS FOLLOWS:

1. THE ACCUSATION AND ANY AFFIDAVIT CHARGES YOU WITH THE OFFENSE(S) OF:

| Offense Level A B C | FELONY 1 2 3 SJ | WARRANT NUMBER | CHARGE | BOND AMOUNT | BOND TYPE | ISSUED BY |
|---|---|---|---|---|---|---|
| A | | | EVADING ARREST DETENTION | 2000 | Surety | Salinas |
| A | | | TAMPER W/ IDENTIFICATION #'S | 2,000 | Surety | Salinas |
| A | | | POSS DANGEROUS DRUG | 2,000.00 | Surety | Salinas |
| | | | | | | |

2. IF YOU ARE CHARGED WITH ANY FELONY OFFENSE, YOU HAVE THE RIGHT TO AN EXAMINING TRIAL.
3. YOU HAVE THE RIGHT TO REMAIN SILENT AND MAKE NO STATEMENT AT ALL.  IF YOU DO MAKE A STATEMENT SUCH STATEMENT MAY BE USED AGAINST YOU AS EVIDENCE AT YOUR TRIAL.
4. IF YOU CHOOSE TO MAKE A STATEMENT, YOU MAY TERMINATE THE INTERVIEW AT ANY TIME.
5. YOU HAVE THE RIGHT TO HAVE AN ATTORNEY PRESENT TO ADVISE YOU PRIOR TO AND DURING ANY QUESTIONING OR INTERVIEW WITH PEACE OFFICERS OR ANY ATTORNEYS REPRESENTING THE STATE.
6. IF YOU ARE UNABLE TO EMPLOY AN ATTORNEY, YOU HAVE THE RIGHT TO HAVE AN ATTORNEY APPOINTED TO COUNSEL WITH YOU PRIOR TO AND DURING ANY SUCH QUESTIONING OR INTERVIEW.
7. IF YOU WISH TO REQUEST A COURT APPOINTED ATTORNEY:
   a. YOU MUST COMPLETE A WRITTEN APPLICATION UNDER OATH FOR A COURT-APPOINTED ATTORNEY.
   b. THE APPLICATION MUST CONTAIN SUFFICIENT FINANCIAL INFORMATION TO ENABLE THE JUDGE TO DETERMINE IF YOU ARE INDIGENT.
   c. THE APPLICATION MUST BE MADE UNDER OATH AND YOU MUST PROVIDE PROOF OF INCOME/GOVERNMENT BENEFITS.
   d. REASONABLE ASSISTANCE WILL BE PROVIDED TO HELP YOU COMPLETE THE APPLICATION, IF NEEDED.
8. ANY REQUEST FOR A COURT APPOINTED ATTORNEY WILL BE DETERMINED WITHIN THREE (3) WORKING DAYS AFTER THE REQUEST IS RECEIVED BY ASSOCIATE JUDGE _____, BEE COUNTY, TEXAS.
9. IF YOU BOND OUT OF JAIL WITHIN THREE (3) WORKING DAYS, YOU MUST COMPLETE A NEW APPLICATION WITH THE ASSOCIATE JUDGE DURING NORMAL BUSINESS HOURS.
10. IF YOU ARE FOUND TO BE INDIGENT AND AN ATTORNEY IS APPOINTED, THE ATTORNEY WILL ATTEMPT TO CONTACT YOU BY THE END OF THE NEXT WORKING DAY AFTER BEING APPOINTED AND WILL INTERVIEW YOU AS SOON AS PRACTICABLE.

THE ACCUSED ☐ DOES / ☐ DOES NOT WANT TO REQUEST A COURT APPOINTED ATTORNEY.  (CHECK ONE)

THE ACCUSED ☐ HAS / ☐ HAS NOT COMPLETED AN AFFIDAVIT IN SUPPORT OF COURT APPOINTED ATTORNEY.  (CHECK ONE)

11. UNITED STATES CITIZEN ☐ YES ☐ NO    COUNTRY WHERE YOU ARE A CITIZEN:_____
12. IF YOU ARE NOT A UNITED STATES CITIZEN, ARE YOU REQUESTING THE CONSULATE OF YOUR COUNTRY BE NOTIFIED? ☐ YES ☐ NO

13. AS A CONDITION OF RELEASE, DEFENDANT IS TO COMPLY WITH THE FOLLOWING:
   a. ☐ CONDITIONS OF BOND (CONDITIONS ATTACHED)
   b. ☐ INTERLOCK TO BE INSTALLED WITHIN 30 DAYS  (MANDATORY FOR ALL FELONY AND DWI-2ND OFFENSES)
      ☐ Smart Start In-Home ☐ SCRAM ☐ Sober link ☐ GPS ☐ Other_____

14. THE COURT FINDS THAT PROBABLE CAUSE ☐ DOES / ☐ DOES NOT EXIST IN THIS MATTER.

SIGNED ON THE _____ DAY OF _____, 201___.

WITNESSES: _Chris Guerra_      _____

DEFENDANT:_____      _____
Distribution: ___Court ___ Defendant ___ Magistrate ___Jail      JUSTICE OF THE PEACE, PRECINCT _____ BEE COUNTY, TX

_Refused to sign warnings_
_9:57 Am  12/16/14_

To whom it may concern:

It is my most earnest decision that I now approach the esteemed office of the "Texas Rangers" with hope that after evaluation of this correspondence an internal investigation shall be initiated concerning the conduct of The 156TH Judicial District Court and its participants. I sincerly feel that my most basic right to a fair trial has been and continued to be impaired by grass negligence, witness tampering, tampering with evidence etc. Court records of June 16th, 2015 and June 30th, 2015 preliminary hearing will speak for themselves. (cause no. B-15-2049-0-CR-B and cause no. B-15-20 8-0-CR-B) Abraham Campos Vs. State of Texas and Orlando Campos Vs State of Texas. I'm particular, the Arresting Officer threatening prospective witness for the defense, and neglect of duty by courtroom officials in allowing such misconduct in open court. I stand ready to testify in the most sincere hope that your office will interve in a timely fashion. So on this 13th day of July in the year of our lord, 2015.

I am

Orlando Campos
1511 E. Toledo
Beeville, Texas 7810

PAULETTA MICHELE GOMEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 05-23-2019

Pauletta Gomez
07/27/15



**405 N. ST. MARY'S**
**Beeville, Texas 78102**
**361-358-0260/361-354-5337**
**Fax: 361-362-1889**

**Joe Salinas – Municipal Court Judge**
**Elie Gonzales-DeLeon – Municipal Court Clerk**
**Christina Gonzales – Deputy Clerk**
**Samantha Benavidez – Deputy Clerk**

---

TO: Orlando Campos
REF: Fines Owed
DATE: June 18, 2015

Upon your release from County Jail, payment arrangements or community service can be arranged.

**Michael J. Knight**
County Attorney
**Christina Segovia**
Victims' Coordinator/Adm. II

**Ashley Maisel**
Adm. Assistant I
**Nickelle Gonzales**
Adm. Assistant III



# BEE COUNTY ATTORNEY

March 26, 2015

Re:    The State of Texas vs. Orlando Campos (DOB: 10-21-1979)
       Offense:  Evading Arrest
                 Tampering with Identification Numbers
                 Possession of a Dangerous Drug
       Arrest Date: December 15, 2014

To Whom It May Concern:

I, Michael J. Knight, Bee County Attorney, will not prosecute or file the following cases set forth above for the following reason:

___X___    Rejected without Pre-Trial Supervision

_____    Lack of probable cause for stop

_____    Insufficient evidence available to the State to Support a conviction

_____    Complainant signed a non-prosecution affidavit

If you have any questions, please call me at (361) 362-3237.

Sincerely,

Michael J. Knight
Bee County Attorney

NO. **B-15-2049-0-CR-B**

| | |
|---|---|
| THE STATE OF TEXAS | IN THE DISTRICT COURT |
| VS. | 156TH JUDICIAL DISTRICT |
| **ORLANDO CAMPOS** | BEE COUNTY, TEXAS |

## NOTICE OF SETTING

JURY TRIAL:

SET **AUGUST 17TH, 2015** AT **09:00 AM**

PRE-TRIAL HEARING: **AUGUST 4TH,2015 AT 9:00 A.M**.

OTHER HEARING**: ANNOUNCEMENT**

SET: **AUGUST 11 $^{TH}$, 2015** AT **1:30 PM**

Location:
Bee County Courthouse, 105 W. Corpus Christi, Beeville, Texas 78102.

DATE: **July 07th, 2015**

(XX ) District Clerk

(XX ) District Attorney

(XX) DEFENSE ATTORNEY--FLYNN _____

(XX) DEFENDANT_____

DISTRICT CLERK
P.O. Box 666
BEEVILLE,TEXAS 78102